IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:03cr129-A |
| MICHAEL RIDER JACKSON | ) | |

**ORDER**

Upon consideration of the Motion for Leave to Dismiss Indictment Without Prejudice, heretofore filed in the above styled cause, and for good cause shown, the court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the court that said motion be and the same is hereby GRANTED, and the Indictment is DISMISSED without prejudice.

DONE this 5th day of December, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE